William Fletcher #109693
(full name/prisoner number)
ISCC Unit K S-10C
PO Box 70010
Boise, Id 83707
(complete mailing address)
Plaintiff/Petitioner

U.S. COURTS
DEC 15 2014
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

William Fletcher
(full name)
Plaintiff/Petitioner,

Case No. 1:14-cv-532-CWD
(to be assigned by Court)

v.

Corizon Medical Health Services

**PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS**

Defendant/Respondent.

*(if you need additional space, use a blank page for a continuation page)*

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted in a civil rights case, my fee will not be waived, but I will be responsible to pay the entire fee from my prison trust account in increments, when and as I am able to do so. If my request is granted in a habeas corpus case, the fee will be waived.

1. Are you employed? Yes ____ No. ✓. If employed, please state your job title and the total amount of wages you make per month.

   _____   $ N/A _____ per month
   Job Title

2. Within the past six (6) months, have you received any money from any of the following sources?
   a. Business, or other form of self-employment?       Yes___ No X

PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 1         (Rev. 10/24/2011)

    b.    Rent payments, interest or dividends?    Yes___ No ✓
    c.    Pensions, annuities, or life insurance payments?    Yes___ No ✓
    d.    Welfare, social security, or disability benefits?    Yes___ No ✓
    e    Gifts or inheritances?    Yes___ No ✓
    f.    Friends or family?    Auntie    Yes ✓ No___
    g.    Any other sources?    $100    Yes___ No___
    (identify source)

3.    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past six (6) months.
$100 from Auntie

4.    Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property?

Yes___    No ✓.    If the answer is "yes," describe the property and state its approximate value.

5.    List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you contribute or are obligated to contribute, toward their support.

| Person | Relationship | Due Each Month |
|---|---|---|
| AAlLiyah Wood | daughter | $ N/A |
| Deshaun Heller | son | $ N/A |

6.    I have attached a Prison Trust Account Statement to this Form. Yes___ No ✓

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of _____, _____

_____
Plaintiff/Petitioner

Notes: *You do not need to send a copy of this document to Defendant/Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.*

PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 2    (Rev. 10/24/2011)