UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM FLETCHER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CORIZON HEALTH SERVICES; MICHAEL BLURTON; BOBETTE WHITING; and ANDREW THUERNAGLE,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-00532-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for reconsideration filed by defendants (docket no. 45) is GRANTED. The remaining state law claims are DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that defendants' motion for an extension of time to file a motion for summary judgment if necessary (docket no. 52) is DEEMED MOOT.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motions filed by plaintiff (docket nos. 37, 47, 48 & 51) are DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Clerk close this case.



DATED: November 29, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court